CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 10 2006

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY A. RICHARDSON, #223152,<br>Plaintiff, | Civil Action No. 7:06-cv-00181 |
| v. | FINAL ORDER |
| JOHN DOE, CIRCUIT COURT JUDGE, et al.,<br>Defendants. | By: James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED**

that plaintiff's request to proceed in forma pauperis shall be and hereby is **DENIED**, this action, brought as a civil complaint under 42 U.S.C. §1983, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g), and the action is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Final Order and its accompanying Memorandum Opinion to the plaintiff.

ENTER: This 10th day of April, 2006.

Senior United States District Judge